IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LARA, ) | No. C 05-02440 JW (PR) |
| ) | |
| Plaintiff(s), ) | ORDER OF DISMISSAL; |
| ) | DENYING MOTION FOR |
| vs. ) | SUMMARY JUDGMENT |
| ) | |
| MICHAEL FRIEDMAN, et al., ) | |
| ) | (Docket No. 14) |
| Defendant(s). ) | |
| ) | |

On June 6, 2006, the Court ordered service of the complaint upon defendants. On June 15, 2006, the order was returned to the Court as undeliverable because plaintiff was not at the address he had provided to the Court in his complaint, the last address he has provided to the Court.[1]  Since that time, on August 23, 2006, and June 15, 2007, further orders of the Court have also been returned to the Court as undeliverable.  To date, the Court has received no indication from plaintiff as to his correct current address.  Civil Local Rule 3-11 provides for the dismissal of an

---

[1] Plaintiff had indicated that he was located at the California Training Facility in Soledad, California.  The returned mail indicated that plaintiff had been released on parole.

Order of Dismissal
G:\PRO-SE\SJ.JW\CR.05\Lara02440_311dismissal.wpd

1 action in which a pro se plaintiff fails to notify the Court of a change of address
2 within 60 days of the date mail is returned to the Court as not deliverable. As more
3 than a year has passed since the first order to plaintiff was returned, and two other
4 orders have since been returned as undeliverable well over 60 days ago, and plaintiff
5 has not notified the Court of his correct current address, this action is hereby
6 DISMISSED.

In light of this dismissal, defendants' motion for summary judgment is
DENIED as moot.

The clerk shall close the file and terminate Docket No. 14 and any other
outstanding motions.

DATED: September 21, 2007

JAMES WARE
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.JW\CR.05\Lara02440_311dismissal.wpd    2